IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY THOMAS MANUCY,

    Plaintiff,

v.                                                              CASE NO. 4:11cv481-RH/WCS

DAVID B. SHOAR et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. The plaintiff has filed a response agreeing with the recommendation. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on October 13, 2011.

                                              Robert L. Hinkle
                                              United States District Judge